UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )    Case No. 09-45136
                                          )
HOME BUILDING SUPPLY, LLC,                )    Chapter 11
   an Illinois limited liability          )
   company,                               )    Honorable Jacqueline P. Cox
                      Debtor.             )
                                          )

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

At Chicago, Illinois this 6th day of April, 2010, before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of The Precin Company, pursuant to 11 U.S.C. §1112 to convert the Chapter 11 case to Chapter 7; due notice having been served; the Court having jurisdiction, being fully advised in the premises, and being advised that the Debtor will not contest the motion to convert.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.    That the motion of The Precin Company be, and hereby is, granted.

2.    That the Chapter 11 case be, and hereby is, converted to Chapter 7.

3.    That pursuant to Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure the Debtor shall file a schedule of unpaid debts incurred after the filing of the petition on or before April 20, 2010.

4.    That pursuant to Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy

Procedure the Debtor shall file and transmit to the United States Trustee a final

report and account on or before May 6, 2010.

5.     That a post-conversion status hearing shall be held on __*May 19*__ , 2010, at

10:00 a.m.

ENTER:     *Jacqueline P. Cox*

_____ *J. P. Cox* _____
Bankruptcy Judge

*April 6, 2010*

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois  60604; (312) 332-0267