# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    HOME BUILDING SUPPLY, LLC, an | ) | Converted from Chapter 11 |
|    Illinois limited liability company, | ) | Case No. 09 B 45136 |
| FEIN: 65-1197369 | ) | Honorable Jacqueline P. Cox |
|                               Debtor. | ) | |

## NOTICE OF FILING

TO:   ALL ECF REGISTRANTS

PLEASE TAKE NOTICE that on **APRIL 27, 2010**, the undersigned has electronically filed with the Clerk of the Bankruptcy Court the attached **DEBTOR-IN-POSSESSION FINAL REPORT**, a copy of which is attached hereto.

                                                               /s/ Deborah K. Ebner
                                                   DEBORAH KANNER EBNER

Deborah K. Ebner (ARDC No. 6181615)
Linda M. Kujaca (ARDC No. 06243299)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
T: (312) 922-3838
F: (312) 922-8722

## CERTIFICATE OF SERVICE

    I, Deborah K. Ebner, an attorney, certify that I caused copies of the foregoing Notice and document described therein to be served upon all ECF Registrants through the Clerk of the Bankruptcy Court's electronic ECF system, on April 27, 2010.

                                                               /s/Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| HOME BUILDING SUPPLY, LLC, an | ) | Converted from Chapter 11 |
| Illinois limited liability company, | ) | Case No. 09 B 45136 |
| FEIN: 65-1197369 | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

**DEBTOR-IN-POSSESSION FINAL REPORT**

NOW COMES Home Building Supply, LLC ("Debtor"), by and through its counsel, and as and for its Debtor-in-Possession Final Report, states as follows:

1.  Debtor filed a voluntary petition for relief on November 29, 2009. Thereafter on April 6, 2010 (the "Conversion Date"), Debtor consented to the conversion of this case to Chapter 7.

2.  Attached hereto as **Exhibit A** and made a part hereof is a Schedule of Unpaid Liabilities in the Chapter 11 case as maintained by the Debtor in its books and records of operations. Included in Exhibit A are administrative claims to the extent known:

3.  The following is a list of assets of the Debtor as they exist on Conversion Date:

    A.  Bankruptcy Schedules B-1 through B-3

        i.  Cash and Deposits: Remaining balance $1,098.49. All cash was deposited into bank account at Allegiance Community Bank #18164820. Based upon Debtor's April 2010 bank statement, the following checks were not negotiated and remain outstanding:

            | Check No. | Date    | Payee                   | Amount   |
            |-----------|---------|-------------------------|----------|
            | 156       | 2/13/10 | Laminated Products, Inc.| $454.33  |
            | 1203      | 3/15/10 | Liscanner               | $662.00  |

        ii. Security Deposits:

        Unapplied funds in the amount of $1,323.66 in Client Trust Account of Sosin & Arnold, Ltd, 11800 S 75th Ave, Suite 300, Palos Heights, IL 60463, which funds were pre-petition funds, the existence of which was unknown at filing

B. <u>Bankruptcy Schedules B-3 through B-12</u>

    Not applicable.

C. <u>Bankruptcy Schedule B-13</u>

    Stocks and interests in incorporated and unincorporated businesses. Twenty-four (24) shares Metlife policy holder trust investor ID 806798003832, approximate value $850.00.

D. <u>Bankruptcy Schedule B-14 through B-15</u>

    Not applicable.

E. <u>Bankruptcy Schedule B-16</u>

| Accounts receivable | | |
|---|---|---|
| | Total | $96,156.27 |
| | Current | $ 8,146.08 |
| | 30 Days or greater | $ -8,635.40 |
| | 60 Days or greater | $ 1,643.24 |
| | 90 Days or greater | $95,002.35 |

    Accounts receivable include deposits from customers in the amount of $8,276.70. See attached **Exhibit B** for detailed information.

F. <u>Bankruptcy Schedules B-17 through B-27</u>

    Not applicable.

G. <u>Bankruptcy Schedule B-28</u>

    Office Equipment, Furnishings and Supplies: Liquidated values for office equipment approximate $4,360.69. The Schedule B filed in this case

values office equipment at $12,860.69. This report reduces the $12,860.69 valuation by $8,500.00 to account for the following which was not known at the time of the filing of the original (and Amended) Schedules:

i. 29 Displays and 7 desks are fixtures and therefore part of the real estate. These items are valued at $8,500.00 in the original Schedules.

H. <u>Bankruptcy Schedule B-29</u>

Not applicable.

I. <u>Bankruptcy Schedule B-30</u>

Inventory: Book value of inventory is $153,607.98.

J. <u>Bankruptcy Schedules B-31 through B-35</u>

Not applicable.

          HOME BUILDING SUPPLY, LLC,
          A limited liability company,

By:    <u>/s/ Deborah K. Ebner</u>
       One of Its Attorneys

Deborah K. Ebner (ARDC No. 6181615)
Linda M. Kujaca (ARDC No. 06243299)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838